PHILLIP A. TALBERT
Acting United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>ROMEL ALVARADO-CALDERON, et al.,<br><br>                    Defendants. | Case No: 1:21-mj-00029 SAB<br><br>**MOTION TO UNSEAL INDICTMENT; ORDER**<br><br>Ctrm:    9<br><br>Hon. Stanley A. Boone |

   This case is set for an initial appearance at 2:00 pm today in Courtroom 9.  The underlying indictment was filed in the District of Kansas on April 7, 2021 (D. Kansas, Case No. 21-20008-HLT/JPO).  On April 12, 2021 and by way of minute order, Magistrate Judge James P. O'Hara of the District of Kansas granted the charging U.S. Attorney's Office's motion to unseal the indictment in its entirety, and pursuant to the government's request. (D. Kansas Case, Dkt. 3).

   Counsel for the government in this district also moves that the indictment docketed in the U.S. District Court in Fresno, California (identified in this district as Case No. 1:21-mj-00029 SAB) likewise be ordered unsealed prior to today's initial appearance.  The charging Assistant U.S. Attorney in the

1

District of Kansas also provided the undersigned with authority to make this request.

**O R D E R**

The government's request that the indictment to this matter be unsealed is GRANTED.

IT IS SO ORDERED.

Dated: __**April 13, 2021**__

UNITED STATES MAGISTRATE JUDGE

2